IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTONIO LAMAR MORGAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-30 |
| | * |
| GEORGIA BOARD OF PARDONS AND PAROLE, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of May, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk